# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0644
Lower Tribunal No. 2010-CA-002282

_____

U.S. BANK, N.A., as Trustee for the CERTIFICATE HOLDERS OF BANC OF AMERICA FUNDING 2008-FT1 TRUST, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2008-FT1,

Appellant,

v.

MARIBEL CEBALLOS and THOMAS RIOS,

Appellees.

_____

Appeal from the Circuit Court for Osceola County.
Christine E. Arendas, Judge.

July 7, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, SMITH and KAMOUTSAS, JJ., concur.


Kathleen D. Dackiewicz, Sara F. Holladay, and Jason R. Bowyer, of McGuireWoods LLP, Jacksonville for Appellant.

Andrew B. Greenlee, of Andrew B. Greenlee, P.A., Sanford, and Anthony N. Legendre, II, of Law Offices of Legendre & Legendre, PPL, Maitland, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED